[No. 27585-2-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
ELMER BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02789-5, Jerome M. Johnson, J., entered
January 7, 1991. *Affirmed* by unpublished opinion per Peke-
lis, J., concurred in by Webster, A.C.J., and Kennedy, J.


[No. 28592-1-I.   Division One.   July 20, 1992.]

EULALA FREDERICK, *Appellant*, v. THE ESTATE
OF JOHN L. FREDERICK, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-22392-2, Richard M. Ishikawa, J., entered
May 6, 1991. *Affirmed* by unpublished per curiam opinion.


[No. 26480-0-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY
JOE SIMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-01308-8, Frank J. Eberharter, J. Pro
Tem., entered July 6, 1990. *Dismissed* by unpublished per
curiam opinion.


[No. 26727-2-I.   Division One.   July 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
ROMERO-VILLAR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-06654-4, Carmen Otero, J., entered July
25, 1990. *Affirmed* by unpublished per curiam opinion.